IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEFFREY E. OLSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | 18-cv-666-jdp |
| v. | |
| JAMES SCHWOCHERT, | |
| Defendant. | |

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                                    12/13/2018

Peter Oppeneer, Clerk of Court                          Date