| | |
|---|---|
| Jeffrey E. Olson,<br>        Plaintiff<br>-vs-<br>James Schwochert,<br>Div. of Adult Inst. Administrator,<br>Wisconsin Department of Corrections,<br>        Defendant. | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT---WISCONSIN<br><br>CASE No. 18-cv-666-jdp |

## NOTICE OF APPEAL

Notice is hereby given that I, Jeffrey E. Olson, Plaintiff *pro se* in the above captioned case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment and order dismissing this action, issued by the Clerk of Courts for the United States District Court of the Western District of Wisconsin on December 13, 2018.

I certify that on this 3rd day of January, 2019, I placed in the institution mailbox an envelope containing a copy of this document with sufficient postage affixed and/or a DOC-184 Disbursement Form attached to pay for sufficient postage, for mailing to the person and address below. A copy was also "e-filed" with the United States Court for the Western District of Wisconsin.

    Wisconsin Attorney General
    Attn: Civil Unit
    114 East State Capitol Bldg.
    P.O. Box 7857
    Madison Wisconsin 53707-7857

Signed this 3rd day of January, 2019 at Waupun Wisconsin.

                                            Jeffrey E. Olson #286463
                                            Plaintiff/Appellant, pro se
                                            Waupun Correctional Institution
                                            P.O. Box 351
                                            Waupun Wisconsin 53963-0351