IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY E. OLSON,

    Plaintiff,

v.

JAMES SCHWOCHERT,

    Defendant.

ORDER

Case No. 18-cv-666-jdp
App. No. 19-1019

On January 16, 2019, this court granted plaintiff Jeffrey Olson's motion to proceed *in forma pauperis* on appeal. Accordingly, under the 1996 Prisoner Litigation Reform Act, the court must determine what amount must be assessed as an initial partial payment of the appeal fee.

From the trust fund account statement that plaintiff submitted, I calculate plaintiff's initial partial payment of the $505.00 fee for filing the appeal to be $11.05. Plaintiff must submit this amount on or before February 4, 2019.

If the balance in plaintiff's regular account is not sufficient to make the initial partial appeal payment, arrangements will have to be made by plaintiff with prison authorities to pay some or all of the fee from plaintiff's release account. The only amount plaintiff must pay at this time is the $11.05 initial partial appeal payment. Before prison authorities take any portion from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount, is owed.

ORDER

IT IS ORDERED that plaintiff Jeffrey E. Olson may have until February 4, 2019, in which to submit a check or money order made payable to the clerk of court in the amount $11.05. If, by February 4, 2019, plaintiff fails to pay the initial partial appeal payment, or show cause for failure to do so, then I will advise the court of appeals of plaintiff's noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

Entered this 17th day of January, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge